# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2758

_____

Gary J. Werner,               *
                                 *
      Appellant,        *
                                 *  Appeal from the United States
     v.               *  District Court for the
                                 *  Eastern District of Missouri.
Fidelity Investments Life Insurance  *
Company,                  *  [UNPUBLISHED]
                                 *
      Appellee.        *

_____

Submitted: January 5, 2009
Filed: January 23, 2009

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Gary Werner appeals the district court's[1] adverse grant of summary judgment in his civil action. After reviewing the record de novo, viewing the evidence in a light most favorable to Werner, see Lawyer v. City of Council Bluffs, 361 F.3d 1099, 1103 (8th Cir. 2004) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.